## NOTICE OF ADDRESS CHANGE

RECEIVED IN
COURT OF CRIMINAL APPEALS

OCT 30 2015

Abel Acosta, Clerk

RE: PD-1098-15

This is to notify you that the address for the below named Plaintiff has changed to the following address:

Benedict Emesowum

P. O. BOX 2653

Merrifield, VA 22116

Please correct your address for correspondence accordingly for any cases involving **Benedict Emesowum**. An address forwarding service has been done with USPS, nevertheless, it is important to notify you of the change for prompt receipt of any correspondence from the court or clerk's office.

Thank you for your anticipated assistance and cooperation with this matter.

Sincerely,

Benedict Emesowum
832-616-7499